In the Matter of the Application of ANNA D. SCHMIDT, Widow of FRITZ GEORGE SCHMIDT, Deceased, for Enlargement of Time to Make an Election Relative to Her Dower Interests in the Lands of and Relative to Her Rights to Take Her Share as in Intestacy in the Estate of FRITZ GEORGE SCHMIDT, Deceased. ANNA D. SCHMIDT, Appellant; HELEN S. DAVIDSON and THE FIFTH AVENUE BANK OF NEW YORK, as Executors and Trustees of the Will of FRITZ GEORGE SCHMIDT, Deceased, HELEN S. DAVIDSON, Individually, ANNA-LUISE O'CONNOR, ERNA H. AWALT, ARTHUR D. BRENNAN, Special Guardian for JOAN O'CONNOR, FRANCES ANN O'CONNOR, JEAN AWALT and JEAN MARIE BYROM, Infants, Objectants, Respondents, and Others, Respondents.— On argument, order denying appellant's application for an enlargement of time within which to make her election relating to dower and to make her election to take her share of decedent's estate as in intestacy reversed on the law and the facts, without costs, application granted, and time to make an election enlarged until ten days after the determination of the appeal from the decree of the Surrogate's Court of Westchester county, entered December 10, 1938, construing the will of decedent and adjudicating appellant's rights thereunder, on condition that said appeal be perfected and brought on for argument at the February, 1939, term. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

JOHN JOHNSON, Appellant, v. ELIZABETH JOHNSON, Respondent.— Action for absolute divorce. Plaintiff appeals from order granting defendant's motion to set aside an interlocutory judgment of divorce in his favor and granting a new trial on the ground of newly-discovered evidence. The learned Special Term granted the motion upon affidavits and without the stenographer's minutes of the testimony taken upon the trial. Order reversed upon the law, without costs, and without prejudice to defendant's right to renew the motion upon proper papers. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

## (January 23, 1939.)

LUDO BELMORE and Another, Respondents, v. VILLAGE OF AMITYVILLE CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

SADIE BIEN, Appellant, v. WILLIAM HALL and Others, Respondents.—Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

COMMONWEALTH WATER COMPANY, Respondent, Appellant, v. JEWISH NATIONAL WORKERS' ALLIANCE OF AMERICA and CO-OPERATIVE CAMPS ASSOCIATION, INC., Appellants, Respondents, and Another, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

GEORGE W. DICKERSON, Appellant, v. DANIELS & KENNEDY, INC., Respondent. — Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.